18

385 P.2d 73

**CITY OF ALBUQUERQUE, New Mexico, a Municipal Corporation, Petitioner,**

**v.**

**John GOTT, Director of the Department of Finance and Administration of the State of New Mexico, Respondent.**

**No. 7470.**

Supreme Court of New Mexico.

Sept. 25, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied.

385 P.2d 73

**Carroll Wayne PARIS, Petitioner,**

**v.**

**The STATE of New Mexico et al., Respondents.**

**No. 38 HC.**

Supreme Court of New Mexico.

Sept. 19, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and NOBLE, Justices, concurring; MOISE, Justice, not participating.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied for the reason the petition alleges no grounds for relief.

385 P.2d 73

**Cecil Alvin PECE, Petitioner,**

**v.**

**The STATE of New Mexico and Harold A. Cox, et al., Respondents.**

**No. 33 HC.**

Supreme Court of New Mexico.

Sept. 19, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and NOBLE, Justices, concurring; MOISE, Justice, not participating.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied for the reason the grounds alleged in the petition do not permit a decision on the petitioner's constitutional claims.